PD-0758-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/22/2015 2:43:37 PM
Accepted 12/22/2015 2:47:32 PM
ABEL ACOSTA
CLERK



## PAUL JOHNSON
## CRIMINAL DISTRICT ATTORNEY

DENTON COUNTY COURTS BUILDING, 3RD FLOOR
1450 EAST McKINNEY, SUITE 3100
P. O. BOX 2344
DENTON, TEXAS 76202

MAIN NUMBER 940-349-2600
MAIN FAX 940-349-2601
www.dentoncounty.com

HOT CHECKS 940-349-2700

December 22, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P. O. Box 12308, Capitol Station
Austin, TX 78711

FILED IN
COURT OF CRIMINAL APPEALS

December 22, 2015

ABEL ACOSTA, CLERK

RE:   *Dewan Morgan v. State of Texas*
      Trial Court No. F-2013-1704-C
      Court of Appeals No. 02-14-00231-CR
      Court of Criminal Appeals No. PD-0758-15
      Set for Argument on January 13, 2016 at 9:00 AM.

Dear Mr. Acosta:

Please advise the Court that the undersigned attorney, Yael Zbolon, State Bar No. 24077065, will be appearing to represent the State of Texas for oral argument in the above-referenced cause.

Sincerely,

Yael Zbolon
Assistant Criminal District Attorney
Denton County, Texas

YZ/sas
cc: James Christopher Abel, Attorney for Appellant